BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1962

**No. 67069.**—Novelty Import Co., Inc. *v.* United States, protest 60/15299 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 67070.**—Gimbel Bros., Inc. *v.* United States, protest 61/2746 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 26, 1962

**No. 67071.**—Falcon Sales Co. *v.* United States, protests 58/25345, etc. (Norfolk).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67072.**—Biddle Purchasing Co. et al. *v.* United States, protests 58/25351, etc. (Tampa).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67073.**—Falcon Sales Co. et al. *v.* United States, protests 58/25490, etc. (Galveston).